

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-78,833-01

### EX PARTE CID ARTECONA , Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 052550 IN THE 15TH DISTRICT COURT
### FROM GRAYSON COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault and sentenced to imprisonment for life on each count. The Fifth Court of Appeals affirmed his convictions. *Artecona v. State*, No. 05-09-01283-CR (Tex. App.—Dallas 2011, no pet.).

Applicant contends that he was denied the opportunity to file a *pro se* petition for discretionary review (PDR). We remanded this application for findings of fact and conclusions of law. After reviewing the record, we conclude that Applicant was denied the opportunity to file a *pro*

*se* PDR. Relief is granted. Applicant is entitled to the opportunity to file an out-of-time PDR of the judgment of the Fifth Court of Appeals in case number 05-09-01283-CR that affirmed his convictions in cause number 052550 from the 15th District Court of Grayson County. Applicant shall file his PDR with this Court within 30 days of the date on which this Court's mandate issues.

Delivered:     May 8, 2013
Do not publish